THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DONALD M. NORRIS, Defendant-Appellant.

(No. 56730; )

First District (1st Division)—April 2, 1973.

Opinion by Mr. JUSTICE GOLDBERG.

Andrew M. Raucci, of Chicago, for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and James T. J. Keating, Assistant State's Attorneys, of counsel,) for the People.